# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

---

## NO. 03-26-00112-CV

---

**In re Tony Ramirez**

---

### ORIGINAL PROCEEDING FROM HAYS COUNTY

---

### M E M O R A N D U M   O P I N I O N

The petition for writ of mandamus is denied, and the pending motion is dismissed as moot. *See* Tex. R. App. P. 52.8(a).

_____

Karin Crump, Justice

Before Chief Justice Byrne, Justices Theofanis and Crump

Filed: March 13, 2026